AO 455 (Rev. 10/95) Waiver of Indictment

**FILED**
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
———oOo———

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| ANTHONY PORTILLO | |
| | CASE NUMBER: 2:11-CR-20 WBS |

I, Anthony Portillo, the above named defendant, who is accused of engaging and attempting to engage in a monetary transaction in criminally derived property in violation of 18 U.S.C. § 1341, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on February 10, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANTHONY PORTILLO
Defendant

CHRISTOPHER WING
Counsel for Defendant

Before  GREGORY G. HOLLOWS
_____
Hon. Gregory C. Hollows
UNITED STATES MAGISTRATE JUDGE