LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY PORTILLO<br>　　　　　　　Defendant, | No.   2:11 Cr – 20 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING TO APRIL 11, 2011 AT 8:30 AM<br><br>DATE: MARCH 21, 2011<br>COURTROOM: #5 HON. WILLIAM B. SHUBB, |

　　　It is hereby stipulated and agreed by the United States of America through DOMINIQUE N. THOMAS, Assistant United States Attorney, and CHRISTOPHER H. WING, attorney for Defendant ANTHONY PORTILLO that the status conference set for Monday, March 21, 2011 be continued to a further status hearing and change of plea on Monday April 11, 2011 at 8:30 am.

　　　This continuance is being requested to allow defense counsel additional time to review the Plea Agreement received from the government and to resolve other outstanding issues.

　　　Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant for a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)\

///

Additionally, the parties stipulate that time pursuant to the Speed Trial Act is to be excluded from the date of this order through the date set for the status conference, change of plea hearing set for April 11, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) – reasonable time to prepare, Local Code T4.

Dated: March 17, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ DOMINIQUE N. THOMAS
Assistant U.S. Attorney

Dated: March 17, 2011

/s/ CHRISTOPHER H. WING
Attorney for Defendant Portillo

**ORDER**

IT IS SO ORDERED.

Dated: March 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///