UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,                CR. NO. 2:11-0020 WBS

vs.

ANTHONY PORTILLO,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,                CR. NO. 2:11-0027 MCE

vs.

BETTY GRACIA,

        Defendant.
_____/

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because both cases involve the same property, transaction, and events involving alleged fraud in obtaining a loan.  Accordingly, the assignment of the matters to the same

judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Portillo, Cr. No. 2:11-00020 WBS and and United States v. Garcia, Cr. No. 2:11-00027 MCE, and the same hereby are, deemed related and the case denominated United States v. Garcia, Cr. No. 2:11-00027 MCE, shall be reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as United States v. Garcia, Cr. No. 2:11-00027 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: March 23, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE