BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CASE NO. 2:11-CR-20 WBS
                                    )
                 Plaintiff,         )
                                    )
      v.                            )     STIPULATION AND [~~PROPOSED~~]
                                    )     ORDER TO CONTINUE DATE FOR
ANTHONY PORTILLO                    )     JUDGMENT AND SENTENCING
                                    )
                                    )
                 Defendant.         )
_____)


      The parties request that the judgment and sentencing date in

this case be continued from January 30, 2012 to June 18, 2012 at

9:30 a.m.  All parties have agreed to a continuation to allow for

additional investigation into issues relevant to the defendant's

sentence.

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Dominique N. Thomas
DATE: January 24, 2012    By: _____
                              DOMINIQUE N. THOMAS
                              Assistant U.S. Attorney

DATE: January 24, 2012

/s/ Christopher Wing
_____
CHRISTOPHER H. WING
Attorney for Defendant

**SO ORDERED.**

DATE:  January 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2