LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR: **Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

v.

ANTHONY PORTILLO

    Defendant,

No.    Cr. S 11-20 WBS

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATE FOR JUDGEMENT AND SENTENCING

    The parties request that the judgment and sentencing date no set for August 27, 2012 at 9:30 am, be continued to November 13, 2012 at 9:30 am. The government, represented by AUSA Lee Bickley and the defendant, represented by Christopher H. Wing agree that the matter be continued to allow further investigation into issues that are relevant to the sentencing of defendant.

                                            Respectfully Submitted

Date: August 15, 2012                      /S/ Christopher H. Wing
                                               CHRISTOPHER H. WING
                                               Attorney for Defendant

                                               BENJAMIN B. WAGNER
                                               United States Attorney

Date: August 15, 2012                      By:     /S/ Lee Bickley
                                                       LEE BICKLEY
                                               Assistant U.S. Attorney

///

**SO ORDERED**

Date: August 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.