LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.   Cr. S 11-20 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR JUDGEMENT AND SENTENCING FROM NOVEMBER 13, 2012 TO FEBRUARY 19, 2013 |
| v. | |
| ANTHONY PORTILLO | |
| Defendant, | |

The parties request that the judgment and sentencing date now set for November 13, 2012 at 9:30 am be continued to February 19, 2013 at 9:30 am. The government, represented by AUSA Lee Bickley and the defendant, represented by Christopher H. Wing agree that the matter be continued to allow further investigation into issues that are relevant to the sentencing of defendant. Further Supervising Porbation Officer Casey Horner has been made aware of the continuance and the new date and is in agreement with both and the date has been cleared by Ms. Kirksey-Smith.

//

//

//

///

1

                                             Respectfully Submitted

Date: October 30, 2012                /S/ Christopher H. Wing
                                          CHRISTOPHER H. WING
                                          Attorney for Defendant

Date: October 30, 2012                BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /S/ Lee Bickley
                                          LEE BICKLEY
                                          Assistant U.S. Attorney


                              SO ORDERED


Date:   October 31, 2012

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

2