LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PORTILLO<br><br>Defendant, | No.   Cr. S 11-20 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR JUDGEMENT AND SENTENCING FROM FEBRUARY 19, 2013 TO MARCH 18, 2013 AND ESTABLISHING A SCHEDULE OF DISCLOSURE OF THE PROBATION REPORT AND FILINGS BY THE PARTIES |

    The parties request that the judgment and sentencing date now set for February 19, 2013 at 9:30 am be continued to March 18, 2013 at 9:30 am. The government, represented by AUSA Lee Bickley and the defendant, represented by Christopher H. Wing agree that the matter be continued to allow further investigation into issues that are relevant to the sentencing of defendant. Further Supervising Porbation Officer Casey Horner has been made aware of the continuance and the new date and is in agreement with both and the date has been cleared by Ms. Kirksey-Smith.

    Further, the parties agree to the following schedule:

Judgment and Sentencing                        March 18, 2013 at 9:30 am;

Filing Amended Probation Report            February 19, 201

///

| | |
|---|---|
| Objections to Probation Report and Sentencing Memorandum | March 5, 2013 |
| Reply, if any | March 12, 2013 |

                                                      Respectfully Submitted

Date: February 13, 2012                       /S/ Christopher H. Wing
                                                      CHRISTOPHER H. WING
                                                      Attorney for Defendant

Date: February 13, 2013                       BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      By: /S/ Lee Bickley
                                                      LEE BICKLEY
                                                      Assistant U.S. Attorney

                                            SO ORDERED

Date: February 13, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/ / /

LAW OFFICES OF WING & PARISI SACRAMENTO, CA.